# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES

**Case No.:** 3:15-mj-2023  **At:** Knoxville, TN - Courtroom 3A  **Date:** February 9, 2015

**Style:** United States of America **vs** Juan Alberto Robles Zavala (Custody – Present)

---

**Present Before**: Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Maurer | FTR Recorder | Melissa Haduck |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **U.S. Probation Officer** |

| Jennifer Kolman | Bobby E. Hutson, Jr., Fed. Def. |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

**Others Present:** USM, CSO, Spanish Interpreter Michael Kagan (via telephone) from the District of New Mexico

**Proceedings:** Initial appearance held as to the defendant on a Complaint. Interpreter sworn. Defendant sworn. Defendant submitted and Court approved financial affidavit. Federal Defender present and appointed as counsel for the defendant. Defendant waived and reserved his right to a detention and preliminary hearing. Defendant to be detained pending further proceedings. Court set attorney appointment hearing to address defendant's qualification for appointed counsel for the remainder of the proceedings in the case. Defendant advised of his right to request the United States to notify the appropriate consular officials of his arrest and detention. Defendant advised that he did want notification to be made. Orders to follow.

    **Date Set:**

    **Attorney Appointment Hrng:** 2/11/2015 at 9:30 a.m. before Magistrate Judge Guyton

[] Defendant released on conditions       [X] Defendant remanded to custody of Marshal

**Time:**  1:30 p.m.  **to**  2:00 p.m.