UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES

**Case No.:** 3:15-mj-2023   **At:** Knoxville, TN - Courtroom 3A   **Date:** February 11, 2015

**Style:** United States of America **vs** Juan Alberto Robles Zavala (Custody – Present)

---

**Present Before**: Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Maurer | Patti Antol (M&M) | Michelle Gensheimer |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

| Caryn L. Hebets | Bobby E. Hutson, Jr., Fed. Def. |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

**Others Present:** USM, CSO, CJA Panel Attorney Mike Whalen, Spanish Interpreter Peter Anderson (Via Telephone) from the Sourthern District of New York.

**Proceedings:** Parties present for an Attorney Appointment Hearing. Interpreter sworn. CJA Panel Attorney Mike Whalen present and advised that he is willing to accept appointment in this case. Court substituted Attorney Whalen as counsel as to this defendant and Federal Defender Bobby Hutson is relieved as counsel. Court took indingecy issue under advisement. Defendant requested detention hearing. Court set detention hearing and advised parties that it will take up the question of the defendant's financial situation at the time of the detention hearing. Order to follow.

**Date Set:**

**Detention Hearing:** 2/19/2015 at 1:30 p.m. before Magistrate Judge Bruce Guyton

[] Defendant released on conditions        [X] Defendant remanded to custody of Marshal

**Time:**   9:30 a.m.    **to**    10:00 a.m.